# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| CANDICE KING, on behalf of herself and all others similarly situated, | Case No. 1:23-cv-00398-ADA |
| Plaintiff, | Judge Alan D. Albright |
| v. | |
| ERICKSON DEMEL & ASSOCIATES, PLLC, | |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION
## TO MODIFY CERTAIN SETTLEMENT DEADLINES

Plaintiff Candice King, with the consent of Defendant Erickson Demel & Associates, PLLC, hereby moves the Court to modify certain Settlement deadlines contained in the Order Granting the Motion for Preliminary Approval (Doc. 27). Specifically, Plaintiff requests that the Court extend the opt out deadline, objection deadline, and claim deadline for a subset of the Settlement Class that did not receive timely notice of the Settlement due to an administrative error on the part of the Settlement Administrator, Simpluris. Plaintiff also asks that the final approval motion hearing be moved from February 20, 2025 to any date after April 17, 2025, to ensure that this subset of the Settlement Class properly receives notice of the hearing. In support of this request, Plaintiff states as follows:

1.      Plaintiff filed an unopposed motion for preliminary approval of the parties' class settlement of this matter on April 23, 2024, attaching the parties' Settlement Agreement. Doc. 25, 25-1.

2.     On August 22, 2024, the Court granted the preliminary approval motion, approving the notice, opt out, objection, and claim deadlines in the parties' Settlement Agreement (Doc. 25-1) and setting the final approval hearing for February 20, 2025 at 9 a.m. central via Zoom. Doc. 27.

3.     Pursuant to the Settlement Agreement and the Court's Order Granting Motion for Preliminary Approval, the following deadlines were set:

| Event | Deadline |
|---|---|
| Notice | October 6, 2024 |
| Opt Out Deadline | December 5, 2024 |
| Objection Deadline | December 5, 2024 |
| Claim Deadline | January 4, 2025 |
| Deadline to file Motion for Final Approval | February 6, 2025 |
| Final Approval Hearing | February 20, 2025 |

4.     Defendant provided the Settlement Administrator with the Settlement Class member information its possession. For approximately half of the class, full addresses were unavailable and thus the Settlement Administrator needed to conduct a skip trace to identify their addresses. *See* Declaration of Christopher Leung, ¶ 5.

5.     Notice commenced on October 4, 2024, with the Settlement Administrator sending postcard notice. *Id.* ¶ 6. However, due to an administrative oversight, the portion of the Settlement Class for whom a skip trace needed to be conducted was not sent notice. *Id.* ¶ 7.

6.     As a result, the parties jointly agreed to an Addendum to the Settlement Agreement to build time into the case schedule to allow an additional round of notice to be issued to those

who had not been included in the October 4, 2024 mailing and give those in that subset who receive that notice sufficient time to opt out, object, or file a claim. *See* **Exhibit A** (Addendum to the Settlement Agreement).

7.     The Settlement Administrator sent the postcard notice to the remainder of the Settlement Class ("Remainder of Class") for whom they were able to identify addresses on January 17, 2025. Leung Decl., ¶ 8.

8.     As a result, the parties request that the Court set the deadlines identified in their Addendum and permit an additional period for opt outs, objections, and claims for those in the subset that were sent notices on January 17, 2025. . Additionally, the parties request that the final approval hearing date be adjusted to accommodate this schedule. The proposed deadlines are as follows:

| Event | Deadline |
|---|---|
| Notice Sent to Remainder of Class | January 17, 2025 |
| Opt Out Deadline for Remainder of Class | 60 days (March 18, 2025) |
| Objection Deadline for Remainder of Class | 60 days (March 18, 2025) |
| Claim Deadline for Remainder of Class | 90 days (April 17, 2025) |
| Deadline to file Motion for Final Approval | _____, 2025 <br><br> (14 days before Final Approval Hearing) |
| Final Approval Hearing | _____, 2025 <br><br> (On or after April 17, 2025) |

Dated: January 28, 2025          By: */s/ Raina C. Borrelli*
                                           Raina C. Borrelli (*pro hac vice*)
                                           STRAUSS BORRELLI PLLC
                                           One Magnificent Mile

980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Joe Kendall
KENDALL LAW GROUP, PLLC
TX State Bar No. 11260700
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on January 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 28th day of January, 2025.

STRAUSS BORRELLI PLLC

By:  */s/ Raina C. Borrelli*
Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109