UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CANDICE KING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERICKSON DEMEL & ASSOCIATES, PLLC,<br><br>Defendant. | Case No. 1:23-cv-00398-ADA |

**PLAINTIFF'S UNOPPOSED MOTION
TO MODIFY CERTAIN SETTLEMENT DEADLINES**

Having considered Plaintiff Candice King's Unopposed Motion to Modify Certain Settlement Deadlines and the Parties' Addendum to Settlement Agreement and Release hereby sets the following modified deadlines with respect to the Parties' class Settlement of this matter:

| Event | New Deadline |
|---|---|
| Notice Sent to Remainder of Class | January 17, 2025 |
| Opt Out Deadline for Remainder of Class | 60 days (March 18, 2025) |
| Objection Deadline for Remainder of Class | 60 days (March 18, 2025) |
| Claim Deadline for Remainder of Class | 90 days (April 17, 2025) |
| Deadline to file Motion for Final Approval | May 6, 2025<br><br>(14 days before Final Approval Hearing) |
| Final Approval Hearing | May 20, 2025 |

1

IT IS SO ORDERED this 29th of January, 2025.

                                                                                                            _____
                                                                                                            ALAN D ALBRIGHT
                                                                                                            UNITED STATES DISTRICT JUDGE