UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CANDICE KING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERICKSON DEMEL & ASSOCIATES, PLLC,<br><br>Defendant. | Case No. 1:23-cv-00398-ADA<br><br>Judge Alan D. Albright |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Candice King, individually and behalf of others similarly situated ("Plaintiff") hereby moves this Court for final approval of the class action settlement preliminarily approved by this Court on August 22, 2024. (Doc. 27) Plaintiff respectfully requests that this Court:

1. Grant final certification of the Settlement Class for settlement purposes, appoint Plaintiff Candice King as Class Representative, and appoint Raina C. Borrelli of Strauss Borrelli PLLC as Class Counsel;

2. Approve the requested attorney's fees and costs of $130,000, and Plaintiff's requested service award in the amount of $2,500;

3. Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

4. Find that the terms of the Settlement Agreement fair, reasonable, and adequate and approved, adopted, and incorporated by the Court;

5.      Direct the Parties, their respective attorneys, and the Claims Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement, and;

6.      Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order.

This Motion is based on the accompanying Supporting Memorandum; the Declaration of Raina C. Borrelli in Support of Preliminary Approval (Doc. 26); the Declaration of Raina C. Borrelli in Support of Plaintiff's Motion to Approve Attorneys' Fees, Costs, and Service Award (Doc. 29); the Settlement Agreement (Doc. 25); Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Supporting Memorandum, Supporting Declarations, and attachments (Docs. 25-26); and Plaintiff's Motion to Approve Attorney's Fees, Costs, and Service Award and accompanying documents at (Docs. 28-30); and all other pleadings and papers on file in this action and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing currently scheduled for February 20, 2025. Defendant does not oppose the relief sought in this motion.

Defendant does not oppose the relief sought in this motion.

WHEREFORE, for the reasons above, Plaintiff requests that the Court grant her Motion to for Final Approval of Class Action Settlement.

Dated: May 6, 2025                    Respectfully Submitted,

                                      By:  */s/ Raina C. Borrelli*
                                              Raina C. Borrelli (*pro hac vice*)
                                              STRAUSS BORRELLI PLLC
                                              One Magnificent Mile
                                              980 N. Michigan Avenue, Suite 1610
                                              Chicago, IL, 60611
                                              Telephone: (872) 263-1100

Facsimile: (872) 263-1109
raina@straussborrelli.com

Joe Kendall
KENDALL LAW GROUP PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com

*Attorneys for Plaintiff and the Proposed Class*

3

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on May 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 6th day of May, 2025.

        STRAUSS BORRELLI PLLC

        By: */s/ Raina C. Borrelli*
            Raina C. Borrelli
            raina@straussborrelli.com
            STRAUSS BORRELLI PLLC
            One Magnificent Mile
            980 N Michigan Avenue, Suite 1610
            Chicago IL, 60611
            Telephone: (872) 263-1100
            Facsimile: (872) 263-1109